IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

## ALTERNATIVE DISPUTE RESOLUTION SUMMARY

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: __4:16-CV-725-O__
2. Style of case: *__Julie Nagoshi v. University of Texas at Arlington__*
3. Nature of suit: __Employment__
4. Method of ADR used:   **X** Mediation   ☐ Mini-Trial   ☐ Summary Jury Trial
5. Date ADR session was held: __12/15/17__
6. Outcome of ADR (*Select one*):

   ☐ Parties did not use my services.          ☐ Settled, in part, as a result of ADR.

   **X** Settled as a result of ADR.          ☐ Parties were unable to reach settlement.

   ☐ Continuing to work with parties to reach settlement (*Note: provider must file supplemental ADR Summary Form at conclusion of his/her services*).

7. What was your TOTAL fee: __$1300 per party__
8. Duration of ADR: __one day__                      (*i.e., one day, two hours*)
9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):

   **Julie Nagoshi, Plaintiff**

   **Kelly Davis, Chief Financial Officer, UTA, Defendant**

   **Shelby Boseman, General Counsel UTA, Defendant**

   **Paige Barnett, Counsel for UT Systems, Defendant**

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10. Provider information:

    _____          __12/27/2017__
    M. Beth Krugler, Attorney-Mediator          Date

    __306 West Broadway Ave., Fort Worth, TX 76104__          __(817) 377 8081__
    Address          Telephone

## Alternative Dispute Resolution Summary
*Continued*

Please provide the names, addresses, and telephone numbers of counsel:

| | |
|---|---|
| Name: | Carla S. Hatcher |
| | Steven B. Thorpe |
| Firm: | Thorpe, Hatcher & Washington, PLLC |
| Address: | 2214 Main Street |
| | Dallas, TX 75201 |
| Phone: | 214-969-5500 |

| | |
|---|---|
| Name: | Emily Ardolino, Assistant Attorney General |
| Firm: | Office of the Attorney General - 019 |
| | General Litigation Division |
| Address: | P.O. Box 12548, Capitol Station |
| | Austin, Texas 78711 |
| Phone: | (512) 475-4103 |