IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JULIE NAGOSHI, | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 4:16-cv-00725-O |
| vs. | § § | |
| UNIVERSITY OF TEXAS AT ARLINGTON, | § § § | |
| Defendant. | § § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Julie Nagoshi and Defendant The University of Texas at Arlington, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby agree and stipulate that this action and all claims contained in this matter be dismissed WITH PREJUDICE. The parties further agree and stipulate that they each shall bear their own respective costs, expenses, and attorneys' fees incurred as a result of this action.

Respectfully submitted,

/s/Carla S. Hatcher
STEVEN B. THORPE
Texas Bar No. 19990500
CARLA S. HATCHER
Texas Bar No. 09219500
Thorpe Hatcher & Washington, PLLC
2214 Main Street
Dallas, TX 75201
214-969-5500 Telephone
214-969-9060 Fax:
thwlaw@airmail.net
*Attorneys for Plaintiff*

/s/Emily Ardolino
EMILY ARDOLINO
Texas Bar No. 24087112
Assistant Attorney General
Office of the Attorney General – 019
General Litigation Division
P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-4058 – Telephone
(512) 320-0667 – Fax
emily.ardolino@oag.texas.gov
*Attorney for Defendant*